**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| ALFRED P. SHADID, | ) | 9th Cir. No. 05-16642 |
| | ) | |
| Petitioner-Appellant, | ) | D. Ariz. No. CIV 02-1896 PHX RCB |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| DORA SCHRIRO, et al., | ) | |
| | ) | |
| Respondents-Appellees. | ) | |
| _____ | ) | |

On January 29, 2007, Petitioner-Appellant filed a motion to produce copies of his traverse and related exhibits (doc. # 27). Mot. (doc. # 74). On February 1, 2007, the Clerk of the Court provided Petitioner-Appellant with the complete excerpt of record in this matter pursuant to Circuit Rule 30-3. (doc. # 75). Although it would appear that these items crossed in the mail, and that Petitioner-Appellant's request has therefore been satisfied, the Court notes that the traverse and related exhibits are not part of the excerpt of record. Id. It is unclear why Petitioner-Appellant did not retain copies of the traverse (doc. # 27) filed by him in the earlier proceedings. Nevertheless, the Court will

1 | grant Petitioner-Appellant's request as a courtesy.

2 |     **IT IS THEREFORE ORDERED** that Petitioner-Appellant's motion to
3 | produce copies of his traverse and related exhibits (doc. # 74) is
4 | GRANTED.

5 |     IT IS FURTHER ORDERED directing the Clerk of the Court to
6 | provide Petitioner-Appellant with a courtesy copy of his traverse
7 | and related exhibits (doc. # 27).

8 |     DATED this 28th day of March, 2007.

```
                    _____
                    Robert C. Broomfield
                    Senior United States District Judge
```

Copies to counsel of record, Petitioner-Appellant pro se, and the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit.

-2-